JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #12988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY V. MITCHELL, an individual, | Case No. 2:24-cv-02113-APG-BNW |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Limited-Liability Company; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive; | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **SPECIAL SCHEDULING REVIEW REQUESTED** |
| Defendants. | |

COMES NOW Defendant SMITH'S FOOD & DRUG CENTERS, INC., ("SMITH'S") by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. and Plaintiff ROY V. MITCHELL, by and through his counsel, COLTON J. WILSTEAD , ESQ. of the law firm DEAVER CRAFTON, and hereby submit this Stipulated Discovery Plan and Scheduling Order.

**Fed.R.Civ.P. 26(f) Conference.**

Counsel for the parties participated in a Rule 26 Discovery Conference on December 3, 2024. The conference was attended by Cole J. Wilstead, Esq. for Plaintiff and Jerry S. Busby, Esq. for Defendant.  At the conference, there were no discovery disputes at that time.  The parties agree to exchange their disclosure statements in a timely manner.  Counsel are requesting nine months to complete discovery and be prepared for trial.   More specifically, counsel request 270 days from the

date of removal to complete discovery.

The parties jointly request nine months for discovery for several reasons. First, due to the holiday season, counsel anticipate that it will be difficult to effectively conduct discovery until after the first of the year. Further, counsel for Defendant were involved in two trials in November 2024 and were unable to begin discovery previously. Additionally, Plaintiff is still receiving medical treatment and considering future treatment making it difficult for the parties to retain experts and have them opine on issues related to damages when the full extent of Plaintiff's claim for damages is not yet known.

Based upon the above, the parties request nine months for discovery under the discovery schedule set forth below.

1. **Discovery Cut-Off Date:** The parties are requesting 271 days for discovery from November 13, 2024, the date of removal. Thus, the parties request a discovery cut-off date of August 11, 2025.

2. **Amending the Pleadings and Adding Parties:** The parties request that all motions to amend the pleadings or to add parties be filed no later than May 13, 2025 – 90 days prior to the proposed close of discovery.

3. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):** The parties request the disclosure of experts be made on or before June 12, 2025 – 60 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by July 14, 2025 – 32 days after the initial disclosure of experts.

4. **Dispositive Motions:** The date for filing dispositive motions shall be no later than September 10, 2025 – 30 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4927-1401-9843.1

5. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than October 10, 2025 – 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6. **Fed.R.Civ.P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

7. **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration, at this time.

8. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4927-1401-9843.1

9. **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

Respectfully submitted this 17th day of December, 2024.

| DEAVER CRAFTON | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Colton J. Wilstead | /s/ Jerry S. Busby |
| Colton J. Wilstead, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 16024 | Nevada Bar No. 1107 |
| Brice J. Crafton, Esq. | Pooja Kumar, Esq. |
| Nevada Bar No. 10558 | Nevada Bar No. 12988 |
| 810 East Charleston Boulevard | 3016 West Charleston Boulevard, #195 |
| Las Vegas, NV  89104 | Las Vegas, NV  89102 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ROY V. MITCHELL | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: 12/18/2024

NG-C2N3CBX6 4927-1401-9843.1