JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROY V. MITCHELL, an individual, | Case No. 2:24-cv-02113-APG-BNW |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Limited-Liability Company; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive; | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, all Parties and their counsel have agreed upon a full and settlement of the above-captioned matter:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Brice J. Crafton, Esq. and Colton J. Wilstead, Esq. of DEAVER | CRAFTON as counsel of record for Plaintiff ROY V. MITCHELL as follows:

1. That the claims herein of Plaintiff ROY V. MITCHELL against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

2. That there is no trial date set for this case yet inasmuch as this case is still in the discovery phase.

**IT IS SO STIPULATED.**

DATED this 29 day of May, 2025.
**DEAVER | CRAFTON**

/s/
_____
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
COLTON J. WILSTEAD, ESQ.
Nevada Bar No. 16024
810 East Charleston Boulevard
Las Vegas, Nevada 89104
(702) 385-5969
Attorneys for Plaintiff
Roy V. Mitchell

DATED this 4th day of June, 2025.
**COOPER LEVENSON, P.A.**

/s/
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

IT IS SO ORDERED.

_____
**CHIEF U.S. DISTRICT JUDGE**

DATED: June 5, 2025